UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-cv-81164-DMM

GMH TEQUESTA HOLDINGS, LLC.,
d/b/a Futures of Palm Beach,

    Plaintiff,

v.

VILLAGE OF TEQUESTA,

    Defendant.
_____/

**MEDIATOR'S REPORT**

COMES NOW, Arthur Schofield, the undersigned certified Mediator, and reports to this Honorable Court:

The Mediation was held on December 19, 2018, the result of which was:

X    Agreement reached contingent on Village Council approval

☐    No agreement

☐    No agreement: Adjournment

/s/Arthur Schofield, Esq.
Arthur Schofield
Certified Circuit Civil Mediator

Copies furnished to:

| | |
|---|---|
| James K. Green, Esq. | Christopher J. Stearns, Esq. |
| James K. Green, P.A. | Johnson, Anselmo, Murdoch, Burke, |
| 222 Lakeview Avenue, Suite 1650 | Piper & Hochman, P.A. |
| West Palm Beach, Florida 33401 | 2455 E. Sunrise Blvd., Suite 1000 |
| jkg@jameskgreenlaw.com | Fort Lauderdale, Florida 33304 |
| | stearns@jambg.com |