UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-81164-MIDDLEBROOKS/BRANNON

GMH TEQUESTA HOLDINGS, LLC
d/b/a Futures of Palm Beach,

                Plaintiff,

v.

VILLAGE OF TEQUESTA,

                Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Motion to Approve Settlement Agreement. (DE 26). The Parties state that they reached an agreement as to the wording of a proposed stipulation and settlement agreement on December 19, 2018, and that the Tequesta Village Council approved the settlement and the attendant changes to the Code of Ordinances of the Village of Tequesta on January 11, 2019. (DE 26 ¶¶ 2–3). Because the settlement requires change to an ordinance, however, it requires two readings at two Village Council meetings. The next two meetings are February 14 and March 14, 2019. The Parties also stipulate to dismissal of Defendant Village of Tequesta effective upon this Court's entry of an Order retaining jurisdiction to enforce the Parties' stipulation and settlement agreement. (DE 26 ¶ 6). In light of the necessary delay preceding entry of such an Order, it is hereby

**ORDERED AND ADJUDGED** that

(1) The Parties' Joint Motion for Settlement (DE 26) is **DENIED WITHOUT PREJUDICE**. The Parties may refile their motion upon final approval of the Parties' stipulation and settlement by the Tequesta Village Council.

(2) The Clerk of Court shall **CLOSE** this case for administrative purposes only.

(3) The Calendar Call set for May 22, 2019 at 1:15 p.m. and the Trial set for the two-week period commencing May 28, 2019 at 9:00 a.m. are **CANCELLED**.

(4) The Pretrial Scheduling Order entered on September 27, 2018 (DE 12) is **VACATED**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 28 day of January, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record